UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUDEN BISEL, *Individually and on Behalf of All Others Similarly Situated*,

                Plaintiff,

-v.-

ACASTI PHARMA, INC., RODERICK CARTER, JAN D'ALVISE, JOHN CANAN, and DONALD OLDS,

                Defendants.

21 Civ. 6051 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On October 1, 2021, Plaintiff filed a class action lawsuit on behalf of certain stockholders in Acasti Pharma, Inc. The complaint alleges violations of Section 14(a) of the Securities Exchange Act of 1934 (the "1934 Act"), 15 U.S.C. § 78n(a); Section 20(a) of the 1934 Act, 15 U.S.C. § 78t(a); and Rule 14a-9 thereunder, 17 C.F.R. § 240.14a-9.

    The Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that:

> Not later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class —
>
> > (I) of the pendency of the action, the claims asserted therein, and the purported class period ….

15 U.S.C. § 78u-4(a)(3)(A)(i)(I).

It is hereby ORDERED that no later than **October 22, 2021**, Plaintiffs shall advise the Court in writing of the date and manner in which they published this notice.

SO ORDERED.

Dated:   October 4, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge