**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LAUDEN BISEL, Individually and on Behalf
of All Others Similarly Situated,

                        Plaintiff,

      -against-                                            21 **CIVIL** 6051 (KPF)

                                                            **<u>JUDGMENT</u>**

ACASTI PHARMA, INC., RODERICK CARTER,
JAN D'ALVISE, JOHN CANAN, and DONALD
OLDS,

                       Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 28, 2022, the Court has GRANTED the Defendants' motion to dismiss in full. Further, because Plaintiff has already amended his pleadings twice, and because he has given no indication that he can amend them further to plead viable claims indeed his former counsel represented to the Court that they could "no longer reasonably oppose the Motion to Dismiss" (Dkt. ¶ #35 8) the Court will not grant leave to amend; accordingly, case No. 21 Civ. 6051 and case No. 21 Civ. 6567, which was previously consolidated with this case, are closed.

**Dated:**  New York, New York

       September 28, 2022

                                                                           **RUBY J. KRAJICK**

                                                                 _____
                                                                      **Clerk of Court**

                                             **BY:**     *K. Mango*

                                                                      _____
                                                                      **Deputy Clerk**